722 A.2d 536

IN THE MATTER OF NOVEMBER 8, 1996, DETERMINATION OF THE STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, UNCLAIMED PROPERTY OFFICE.

Argued January 5, 1999—Decided January 28, 1999.

*Michael J. Haas*, Assistant Attorney General, argued the cause for appellant, State of New Jersey Department of the Treasury (*Peter Verniero*, Attorney General of New Jersey, attorney; *Kevin M. Wolfe* and *Peter M. Ullman*, Deputy Attorneys General, on the briefs).

*Michael O'B. Boldt*, argued the cause for respondent, The Hilton at Short Hills (*Bourne, Noll & Kenyon*, attorneys).

*Martin S. Ettin*, submitted a brief on behalf of amici curiae New Jersey Retail Merchants Association and The International Mass Retail Association (*Katz, Ettin, Levine, Kurzweil, Werber & Scialabba*, attorneys; *Mr. Ettin, James B. Evans, Jr.*, and *Robert P. Saltzman*, on the brief).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Brochin's opinion of the Appellate Division, reported at 309 *N.J.Super.* 272, 706 *A.*2d 1177 (1998).

*For affirmance*—Chief Justice PORITZ and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN, and COLEMAN—7.

*Opposed*—None.